**48**

■

Karen BERNARD, Appellant,

v.

STATE of Missouri, Respondent.

No. 71033.

Missouri Court of Appeals,
Eastern District,
Division One.

May 6, 1997.

S. Paige Canfield, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Karen Bernard appeals from the motion court's dismissal of her Rule 24.035 motion. We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).

James R. BRYAN, Petitioner/Appellant,

v.

Jo Ann BRYAN, Respondent.

No. 70556.

Missouri Court of Appeals,
Eastern District,
Division One.

May 6, 1997.

Todd N. Hendrickson, St. Louis, for petitioner/appellant.

Timothy H. Battern, St. Louis, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

James R. Bryan (Husband) appeals from the trial court's Judgment and Decree of Dissolution, awarding maintenance to Jo Ann Bryan (Wife). Husband alleges the award is against the weight of the evidence and misapplies the law. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum detailing our reasons for affirming the judgment of the trial court. Rule 84.16(b).